# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Pearly Mae Thomas, as Personal Representative of the Estate of Maggie Fisher,<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:22-cv-01278-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on February 7, 2024, with consent from Defendants to amend the complaint.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 11. When the Complaint was originally filed, the implant date was listed as 8/5/2012. It was later discovered the product was implanted on 8/8/2012.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiffs motion for leave to amend the Complaint and enter the attached Amended Short Form Complaint.

Date: October 16, 2024

                                Respectfully submitted,

                          **GOLDENBERG LAURICELLA, PLLC**

                          /s/ *Stuart L. Goldenberg*_____
                          Stuart L. Goldenberg (MN 0158719)
                          800 LaSalle Ave. #2150
                          Minneapolis, MN 55402
                          Telephone: (612) 335-9960
                          Fax: (612) 367-8107
                          E-mail: slgoldenberg@goldenberglaw.com
                          ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of October 2024, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                   */s/ Stuart L. Goldenberg*