**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Pearly Mae Thomas, as Personal Representative of the Estate of Maggie Fisher<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | § § § § § § § § § § § § § | Case No.  1:22-cv-01278-RLY-TAB<br><br><br>**Order on Motion for Leave to Amend Complaint** |

Considering the parties' Motion for Leave to Amend Complaint of Pearly Mae Thomas.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Pearly Mae Thomas is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.


Date: _____


_____
Tim A. Baker
United States District Judge